# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL MORRONE, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 17-2783 |
| JEANES HOSPITAL and KAREN NEALE, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 26th day of July, 2018, upon consideration of Defendants Jeanes Hospital and Karen Neale's (collectively, "Defendants") Motion for Summary Judgment, Plaintiff Michael Morrone's Brief in Opposition, and Defendants' Reply Brief, it is hereby **ORDERED** that Defendants' Motion (Doc. No. 17) is **DENIED**.

BY THE COURT:


/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE